

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __9-7-12__

September 6, 2012

By Facsimile:

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Gilyadov
     Docket No. 10-CR-821

Dear Judge Koeltl:

I, Isay Gilyadov submit this letter on my behalf to respectfully inform the court that the Restitution Papers signed by me were discussed with my Attorney, Albert Y. Dayan in my native language and I completely understood everything that is in the Order.

Thank you.

Sincerely yours,

Albert Y. Dayan
Attorney at Law

Isay Gilyadov

cc:  AUSA Daniel S. Goldman

*This statement should be filed. The Court will sign the proposed restitution order. The hearing on 9/11/12 is cancelled. So Ordered.*
*9/6/12*
*U.S.D.J.*



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2012

**BY FACSIMILE**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Issy Gilyadov
S6 10 Cr. 821 (JGK)

*The defendant should confirm in writing that the Stipulation and Order of Restitution have been transferred for him.*
*SO ORDERED.  /s/ John G. Koeltl*
*9/4/12    J.S.D.J.*

Dear Judge Koeltl:

The Government respectfully submits this letter regarding restitution in the above-referenced matter. The parties have agreed to the entry of an order of restitution in the amount of $123,831.84. A stipulation to that effect is attached, as is a proposed order of restitution. The Government respectfully requests that the Court enter the proposed order of restitution, upon consent of the defendant, without any further court proceedings, and that the Court remove the oral argument scheduled for September 11, 2012, at 9:30 a.m. from the calendar. As the stipulation indicates, the defendant agrees that no further conference is necessary and consents to the entry of the proposed order of restitution without an additional court conference.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# .
DATE FILED: 9-4-12

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: /s/ Daniel S. Goldman
Daniel S. Goldman
Assistant United States Attorney
(212) 637-2289

cc: Albert Dayan, Esq. (By Facsimile)