UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                          10 Cr. 821 (JGK)

ISAY GILYADOV,                       ORDER

        Defendant.

---

JOHN G. KOELTL, District Judge:

The Order of Restitution that this Court signed on September 6, 2012 provides for restitution in the amount of $123,831.84. However, the list of victims and amounts adds up to only $119,301.85, which is $4,529.99 less than the total amount of restitution.

The parties should advise this Court how the Order of Restitution should be amended pursuant to Federal Rule of Criminal Procedure 36 to correct this clerical error.

SO ORDERED.

Dated:    New York, New York
           September 24, 2012

                                          John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/25/12