UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                  10 Cr. 821 (JGK)

ISAY GILYADOV,                       ORDER

        Defendant.

JOHN G. KOELTL, District Judge:

The parties have not responded to this Court's Order dated September 24, 2012 asking the parties to advise the Court how the Order of Restitution should be amended to correct the mathematical error in the amount of restitution or the list of victims and amounts.

The parties should respond to the September 24, 2012 Order by **October 12, 2012**.

SO ORDERED.

Dated:    New York, New York
          October 4, 2012

                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/4/12