```
UNITED STATES DISTRICT COURT                 USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
                                             ELECTRONICALLY FILED
- - - - - - - - - - - - - - - - -x           DOC# _____
                                             DATE FILED: 10/17/12

UNITED STATES OF AMERICA          :

        -v.-                      :          ORDER OF RESTITUTION

ISAY GILYADOV,                    :          S6 10 Cr. 821 (JGK)

                    Defendant.    :

- - - - - - - - - - - - - - - - -x
```

WHEREAS, on November 14, 2011, ISAY GILYADOV, the defendant, pleaded guilty to one count of mail fraud and health care fraud conspiracy, in violation of 18 U.S.C. § 1349, and one count of mail fraud conspiracy, in violation of 18 U.S.C. § 1349;

WHEREAS, on April 27, 2012, ISAY GILYADOV, the defendant, was sentenced, *inter alia*, to pay restitution in an amount to be determined by the Court at a later date;

WHEREAS, on August 6, 2012, the Court conducted a hearing to determine the amount of restitution to be paid to the victims of the crimes;

WHEREAS, on August 28, 2012, the Court held a further conference to determine the amount of restitution to be paid to the victims of the crimes;

WHEREAS, in a stipulation dated August 29, 2012, the parties agreed to a restitution amount of ~~$119,305.85~~ $123,831.84, but that amount was a clerical error and the correct amount is $119,301.85, which the parties agree should be the amount of restitution.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that ISAY GILYADOV, the defendant, pursuant to 18 U.S.C. §§ 3663A(a)(1), 3663A(c)(1)(A)(ii), 3664(f)(1)(A), and 3664(f)(2) shall pay

restitution in the amount of $~~119,305.85~~ *$119,301.85* to the victims of the aforementioned crimes, as follows:

| Victim | Amount |
|---|---|
| Liberty Mutual Insurance<br>c/o William Mitzeliotis<br>500 Bi County Blvd, Suite 450<br>Farmingdale, NY 11735 | $36,018.63 |
| Allstate Insurance Company<br>c/o Michael Flaherty<br>1111 Marcus Avenue<br>Lake Success, NY 11042 | $12,559.37 |
| Auto One<br>c/o Harvey Aloni<br>201 Old Country Road<br>Melville, New York 11747 | $16,720.92 |
| GEICO<br>Po Box 98<br>Woodbury NY 11797<br>Attn: Sharyl Derenthal | $35,682.41 |
| Nationwide Insurance Company<br>c/o Ronald Balzan<br>450 Rt 25A, #164<br>East Setauket, NY 11733 | $10,463.07 |
| Progressive Casualty Insurance Company<br>c/o Ann D. Slattery<br>3242 Route 112, Suite 2<br>Medford, NY 11763-1411 | $3,195.28 |
| USAA Insurance<br>c/o Raul De La Garza<br>P.O. BOX 659476<br>San Antonio, TX, 78265 | $4,662.17 |

It is further ORDERED that per the Judgment entered on May 9, 2012, restitution shall be payable at the rate of 10 percent

of the defendant's gross monthly income during his period of probation, beginning 30 days after the defendant is released from the custody of the Bureau of Prisons.

It is further ORDERED that pursuant to 18 U.S.C. § 3664(h) restitution shall run jointly and severally between the defendant and co-defendants VLADIMIR GILYADOV, ARIEL ILYASOV, a/k/a "Arik," IVAN BARAQUE, JIN YONG YIM, DONG WOOK LEE, KELLY FELICIANO, ROBERSON JOSEPH, a/k/a "Robinson," a/k/a "Roberto," and GARY MAURENT.

It is further ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victim of the offense in this case.

Dated:  New York, New York
        October 16, 2012

SO ORDERED:

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

3